HENRIETTA C. WEINSTOCK, as Administratrix of the Estate of LOUIS WEINSTOCK, Deceased, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

HENRIETTA C. WEINSTOCK, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

BLANCHE R. STEIGMAN, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Argued March 22, 1929; decided April 16, 1929.)

*John T. Loughran* for appellants.

*Hamilton Ward, Attorney-General (Albert J. Danaher* of counsel), for respondent.

In each case judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.